UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, a Florida non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNCOAST METALS, LLC, a Florida Corporation; PARADISE PROPERTIES OF LONGBOAT KEY, LLC, a Florida Corporation,<br><br>Defendants. | Case No. 8:21-cv-00144 |

## SUPPLEMENTAL LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Defendants, consulted with counsel for Plaintiff via email concerning the relief requested in Defendants' Motion for Extension of Time. Counsel for Plaintiff agrees to the extension to the extent it applies to an Answer but not to the extent it applies to a responsive motion. Counsel for Defendants has not ascertained whether an answer or defensive motion is the appropriate response and is not willing to waive any rights, and therefore is still seeking the same relief. For the reasons set forth in Defendants' Motion for Extension of Time, Defendants continue to request an Order from the Court granting Defendants an extension of

twenty (20) days, up to and including March 18, 2021, with which to respond to the Complaint.

Respectfully submitted this 24th day of February, 2021.

        */s/ Kevin S. Hennessy*
KEVIN S. HENNESSY, ESQUIRE
Florida Bar No. 0602558
NICOLE J. POOT, ESQUIRE
Florida Bar No. 0118858
LEWIS, LONGMAN & WALKER, P.A.
100 Second Avenue South, Suite 501-S
St. Petersburg, FL 33701
Telephone: (727) 245-0820
Facsimile: (727) 290-4057
Primary Email: khennessy@llw-law.com
                npoot@llw-law.com
Secondary Email: jbissette@llw-law.com
                  jdavy@llw-law.com

*Counsel for Defendants, Suncoast Metals, LLC and Paradise Properties of Longboat Key, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will serve notice of electronic filing to all parties of record:

| | |
|---|---|
| Justin Bloom, Esq.<br>Justin Bloom Attorney At Law, P.A.<br>P.O. Box 1028<br>Sarasota, FL 34230<br>Telephone: (917) 991-7593<br>E-Mail: bloomesq1@gmail.com<br>*Counsel for Plaintiff, Suncoast Waterkeeper* | Jason Flanders, Esq.<br>Aqua Terra Sweis Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA 94609<br>Telephone: (916) 202-3018<br>E-Mail: jfr@atalawgroup.com<br>*Co-Counsel for Plaintiff, Suncoast Waterkeeper* |

                                           */s/ Kevin S. Hennessy*
                                        KEVIN S. HENNESSY, ESQUIRE
                                        Florida Bar No. 0602558
                                        NICOLE J. POOT, ESQUIRE
                                        Florida Bar No. 0118858