# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SUNCOAST WATERKEEPER,<br><br>    Plaintiff,<br><br>v.<br><br>SUNCOAST METALS, LLC and<br>PARADISE PROPERTIES OF<br>LONGBOAT KEY, LLC,<br><br>    Defendants. | Civil Case No.: 8:21-cv-00144 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties have reached a settlement in this proceeding. Their agreement is reflected in the Settlement Agreement attached to this notice as "Exhibit A," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. The Parties request that all pending hearings and litigation deadlines be vacated. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any comments received from the reviewing agencies, and will submit the Settlement Agreement, with a Stipulation and [Proposed] Order for Dismissal for the Court's consideration.

Date: <u>April 26, 2021</u>　　　　　　　　　AQUA TERRA AERIS LAW GROUP

　　　　　　　　　　　　　　　　　　　*/s/ Jason R. Flanders*
　　　　　　　　　　　　　　　　　　　Jason R. Flanders
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff, Suncoast
　　　　　　　　　　　　　　　　　　　Waterkeeper

# CERTIFICATE OF SERVICE

　　I hereby certify that on April 26, 2021, a true and correct copy of the foregoing was electronically served by me on the following:

Kevin Hennessy
100 Second Avenue South, Suite 501-S
St. Petersburg, Florida 33701
Email:  khennessy@llw-law.com
*Counsel for Defendants*

Nicole Poot
100 Second Avenue South, Suite 501-S
St. Petersburg, Florida 33701
Email: npoot@llw-law.com
*Counsel for Defendants*

Date: <u>April 26, 2021</u>　　　　　　　　　AQUA TERRA AERIS LAW GROUP

　　　　　　　　　　　　　　　　　　　*/s/Jason R. Flanders*
　　　　　　　　　　　　　　　　　　　Jason R. Flanders
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff, Suncoast
　　　　　　　　　　　　　　　　　　　Waterkeeper