# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SUNCOAST WATERKEEPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNCOAST METALS, LLC and PARADISE PROPERTIES OF LONGBOAT KEY, LLC,<br><br>　　　　　Defendants. | Civil Case No.: 8:21-cv-00144 |

**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; [PROPOSED] ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT**

　　WHEREAS, on July 31, 2020, Plaintiff SUNCOAST WATERKEEPER ("Waterkeeper"), provided SUNCOAST METALS, LLC, and PARADISE PROPERTIES OF LONGBOAT KEY, LLC, ("Suncoast Metals" or "Defendants") with the First Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

　　WHEREAS, on November 12, 2020, Plaintiff SUNCOAST WATERKEEPER ("Waterkeeper"), provided SUNCOAST METALS, LLC, and PARADISE PROPERTIES OF LONGBOAT KEY, LLC, ("Suncoast Metals" or "Defendants") with a Second Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on January 19, 2021, WATERKEEPER filed its Complaint against Defendants in this Court. Said Complaint incorporates by reference all of the allegations contained in WATERKEEPER'S two Notices.

WHEREAS, WATERKEEPER and SUNCOAST METALS (the "settling parties"), through their authorized representatives and without either adjudication of WATERKEEPER claims or admission by SUNCOAST METALS, LLC and PARADISE PROPERTIES OF LONGBOAT KEY, LLC, of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of WATERKEEPER as set forth in the Notices and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement ("Settlement Agreement") entered into by and between WATERKEEPER and SUNCOAST METALS is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, Plaintiff submitted the Settlement Agreement via email, to the U.S. EPA and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5, and that review period has completed. The federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to that the Settling Parties request an order from this Court (1) dismissing with prejudice WATERKEEPER's claims as to SUNCOAST METALS, LLC, and PARADISE PROPERTIES OF LONGBOAT KEY, LLC, as set forth in the Notices and Complaint, and (2) concurrently retaining jurisdiction over this matter for purposes of dispute resolution under the Settlement Agreement.

///
///

Date: <u>June 17, 2021</u>                                        AQUA TERRA AERIS LAW GROUP

                                                                                          */s/Jason R. Flanders*
                                                                                         Jason R. Flanders
                                                                                         Counsel for Plaintiff, Suncoast Waterkeeper

Date: <u>June 17, 2021</u>                                        LEWIS LONGMAN WALKER

                                                                                         */s/Kevin Hennessy*
                                                                                        Kevin Hennessy
                                                                                       Counsel for Defendant, Suncoast Metals, LLC

**[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), WATERKEEPER's claims as to SUNCOAST METALS, LLC, and PARADISE PROPERTIES OF LONGBOAT KEY, LLC, as set forth in the Notices and Complaint, are dismissed with prejudice, and the Court shall retain jurisdiction over this matter for purposes of dispute resolution and enforcement of the Settlement Agreement, attached hereto as Exhibit 1 and incorporated by reference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. AMANDA ARNOLD SANSONE
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, a true and correct copy of the foregoing was electronically served by me on the following:

Kevin Hennessy
100 Second Avenue South, Suite 501-S
St. Petersburg, Florida 33701
Email:  khennessy@llw-law.com
*Counsel for Defendants*

Nicole Poot
100 Second Avenue South, Suite 501-S
St. Petersburg, Florida 33701
Email: npoot@llw-law.com
*Counsel for Defendants*


Date: June 17, 2021                                      AQUA TERRA AERIS LAW GROUP

*/s/ Jason R. Flanders*
Jason R. Flanders
Counsel for Plaintiff, Suncoast Waterkeeper