UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER,

    Plaintiff,

v().                                         Case No: 8:21-cv-144-AAS

SUNCOAST METALS, LLC and
PARADISE PROPERTIES OF
LONGBOAT KEY, LLC,

    Defendants.
_____/

## ORDER

The plaintiff filed a notice stating the parties have settled. (Doc. 31). As required, the United States Department of Justice (DOJ) and the Environmental Protection Agency (EPA) reviewed the settlement and have no objections to the settlement. (Doc. 34, Ex. 1). The parties stipulated to dismiss the plaintiff's claims but also requested that the court retain jurisdiction over settlement. (Doc. 36).

Thus, the following is **ORDERED:**

1. This case is **DISMISSED with prejudice,** but the court shall retain jurisdiction for the purpose of dispute resolution and enforcement of the settlement.

2. The Clerk is directed to close this case.

1

3. The defendants' Motion to Dismiss the Plaintiff's Complaint (Doc. 25) is **DENIED as moot.**

**ENTERED** in Tampa, Florida, on June 22, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge